# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CATHERINE PALMER, individually and on behalf of all others similarly situated;**<br><br>        **Plaintiff,**<br><br>  vs.<br><br>**KCI USA, INC.,**<br><br>        **Defendant.** | **4:19CV3084**<br><br>**AMENDED**<br>**CASE PROGRESSION ORDER** |

This matter comes before the Court on the parties' Joint Motion to Extend Case Progression Order Deadlines (Filing No. 37). After review of the parties' motion, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that the Joint Motion to Extend Case Progression Order Deadlines (Filing No. 37) is granted, and the amended final progression order is amended as follows:

1) A status conference to discuss case progression and the parties' interest in settlement remains scheduled with the undersigned magistrate judge on **June 15, 2020,** at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadlines for identifying expert witnesses and to complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   | | |
   |---|---|
   | For the plaintiff(s): | **June 19, 2020** |
   | For the defendant(s): | **July 19, 2020** |
   | Plaintiff(s)' rebuttal: | **July 27, 2020** |

3) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is **July 20, 2020**. Motions to compel written discovery under Rules 33, 34, 36 and 45 must be filed by **August 3, 2020**.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

4) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **August 7, 2020**.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **September 7, 2020**.

6) Motion to Certify a Class Action.

   a. Any motion to certify this case as a class action shall be filed by **September 7, 2020**, in the absence of which any claim in the pleadings that this is a class action shall be deemed abandoned, and the case shall proceed, for purposes of Fed. R. Civ. P. 23, as if a motion for class certification had been filed and denied by the Court.

   b. Defendant shall file their response to Plaintiffs' class certification motion by **September 28, 2020**.

   c. Plaintiff's shall file their reply in support of motion for class certification by **October 5, 2020**.

7) The deadline for filing motions to dismiss and motions for summary judgment is **November 13, 2020**.

8) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

9) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 3rd day of April, 2020.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge