# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA
## LINCOLN DIVISION

| | |
|---|---|
| CATHERINE PALMER, individually and on behalf of others similarly situated, | ) CASE NO. 4:19-cv-03084-JMG-MDN ) |
| Plaintiff, | ) JUDGE JOHN M. GERRARD ) |
| vs. | ) **DEFENDANT KCI USA, INC.'S** ) **MOTION TO STAY** |
| KCI USA, INC., | ) |
| Defendant. | ) |

Defendant KCI USA, Inc. moves the Court for an order staying all proceedings pending the decision of the Supreme Court of the United States in *Facebook, Inc. v. Duguid* for the reasons given in the Brief in Support, which is attached hereto and incorporated herein by reference.

Respectfully submitted

*/s/ Eric Larson Zalud*
ERIC LARSON ZALUD (*Admitted Pro Hac Vice*)
THOMAS O. CRIST (*Admitted Pro Hac Vice*)
DAVID M. KRUEGER (*Admitted Pro Hac Vice*)
LAURA E. KOGAN (*Admitted Pro Hac Vice*)
WARREN T. McCLURG (*Admitted Pro Hac Vice*)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114
T: 216-363-4500; F: 216-363-4588
ezalud@beneschlaw.com
tcrist@beneschlaw.com
dkrueger@beneschlaw.com
lkogan@beneschlaw.com
wmcclurg@beneschlaw.com

-and-

Craig A. Knickrehm, #16595
Jonathan M. Brown, #25021
Walentine O'Toole, LLP
11240 Davenport Street
P.O. Box 540125

        Omaha, NE  68154-0125
        T: (402) 330-6300
        F: (402) 330-6303
        cknickrehm@walentineotoole.com
        jbrown@walentineotoole.com

        *Attorneys for Defendant KCI USA, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that on September 10, 2020, the foregoing *Defendant KCI USA, Inc.'s Motion To Stay* was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the Court's electronic case filing system.

*/s/ Eric Larson Zalud*
Eric Larson Zalud
*Attorney for Defendant KCI USA, Inc.*

13695257 v1