# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA
## LINCOLN DIVISION

| | |
|---|---|
| CATHERINE PALMER, individually and on behalf of others similarly situated, | ) CASE NO. 4:19-cv-03084-JMG-MDN ) |
| | ) JUDGE JOHN M. GERRARD |
| Plaintiff, | ) |
| vs. | ) **DEFENDANT KCI USA, INC.'S MOTION** |
| | ) **FOR LEAVE TO FILE EXPERT** |
| KCI USA, INC., | ) **REPORT WITH RESTRICTED ACCESS** |
| Defendant. | ) |

Pursuant to Federal Rule of Civil Procedure 5.2 and Nebraska Civil Rule 5.3(b), Defendant KCI USA, Inc. ("KCI") hereby seeks leave to file Exhibit B (Jan Kostyun's Rebuttal and Direct Report) to KCI's Motion to Exclude under restricted access on the public docket. (*See* Doc. 63.)

On October, 9, 2020, KCI filed a redacted version of Exhibit B in light of the Protective Order and Health Insurance Portability and Accountability Act. Exhibit B contains personal and medical information of KCI patients. Accordingly, KCI respectfully requests that the Court grant its request for leave to file an unredacted version of Exhibit B with restricted access to counsel of record and Court users.

Respectfully submitted

*/s/ Eric Larson Zalud*
ERIC LARSON ZALUD (*Admitted Pro Hac Vice*)
THOMAS O. CRIST (*Admitted Pro Hac Vice*)
DAVID M. KRUEGER (*Admitted Pro Hac Vice*)
MARK S. EISEN (*Admitted Pro Hac Vice*)
LAURA E. KOGAN (*Admitted Pro Hac Vice*)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114
T: 216-363-4500; F: 216-363-4588
ezalud@beneschlaw.com
tcrist@beneschlaw.com
dkrueger@beneschlaw.com
meisen@beneschlaw.com
lkogan@beneschlaw.com

-and-

Craig A. Knickrehm, #16595
Jonathan M. Brown, #25021
Walentine O'Toole, LLP
11240 Davenport Street
P.O. Box 540125
Omaha, NE 68154-0125
T: (402) 330-6300
F: (402) 330-6303
cknickrehm@walentineotoole.com
jbrown@walentineotoole.com

*Attorneys for Defendant KCI USA, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that on October 15, 2020, the foregoing *DEFENDANT KCI USA, INC.'S MOTION FOR LEAVE TO FILE EXPERT REPORT WITH RESTRICTED ACCESS* was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the Court's electronic case filing system.

/s/ Eric Larson Zalud
Eric Larson Zalud
*Attorney for Defendant KCI USA, Inc.*