IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CATHERINE PALMER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>KCI USA, INC.,<br><br>        Defendant. | 4:19CV3084<br><br>ORDER |

On November 3, 2020, the Court stayed all proceedings in this case pending the decision of the United States Supreme Court in *Facebook, Inc. v. Duguid et al.*, No. 19-511. (Filing No. 71). The Supreme Court's opinion was issued on April 1, 2021. See *Facebook, Inc. v. Duguid*, No. 19-511, 2021 WL 1215717 (U.S. Apr. 1, 2021). Accordingly,

**IT IS ORDERED:** The stay of this case is lifted. On or before **April 19, 2021**, the parties shall provide the undersigned magistrate judge with a joint stipulation for the reinstatement of remaining case progression deadlines.

Dated this 1st day of April, 2021.

                                                        BY THE COURT:

                                                        s/Michael D. Nelson
                                                        United States Magistrate Judge