# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CATHERINE PALMER, individually and on behalf of all others similarly situated;<br><br>**Plaintiff,**<br><br>vs.<br><br>KCI USA, INC.,<br><br>**Defendant.** | 4:19CV3084<br><br>ORDER |

This matter is before the Court on the parties' Joint Stipulation and Motion to Stay Case Progression Deadlines (Filing No. 78). The parties have scheduled mediation of this case for June 9, 2021, with mediator Rodney A. Max of Upchurch Watson White & Max Mediation Group. The parties agree that the progression of the case should be stayed pending the outcome of their mediation. Accordingly,

**IT IS ORDERED:**

1. The parties' Joint Stipulation and Motion to Stay Case Progression Deadlines (Filing No. 78) is granted;
2. All case progression deadlines are stayed pending the outcome of mediation; and
3. On or before **June 16, 2021**, the parties shall notify the Court regarding the outcome of mediation.

Dated this 3rd day of May, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge