IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CATHERINE PALMER, individually and on behalf of all others similarly situated;

            **Plaintiff,**

vs.

KCI USA, INC.,

            **Defendant.**

4:19CV3084

FOURTH AMENDED
CASE PROGRESSION ORDER

The parties have submitted a joint proposed case progression schedule to the undersigned magistrate judge as ordered by the Court (Filing No. 81). Upon review,

**IT IS ORDERED** the third amended case progression order is amended as follows:

1) Motion to Certify a Class Action.

   a. Any motion to certify this case as a class action shall be filed by **July 29, 2021**, in the absence of which any claim in the pleadings that this is a class action shall be deemed abandoned, and the case shall proceed, for purposes of Fed. R. Civ. P. 23, as if a motion for class certification had been filed and denied by the Court.

   b. Defendant shall file their response to Plaintiff's class certification motion by **August 28, 2021**.

   c. Plaintiff shall file her reply in support of motion for class certification by **September 20, 2021**.

2) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **October 18, 2021**.

3) The deadline for filing motions to dismiss and motions for summary judgment is **December 2, 2021**.

4) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

5)     All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 29th day of June, 2021.

                                           BY THE COURT:

                                           s/Michael D. Nelson
                                           United States Magistrate Judge