# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CATHERINE PALMER, individually and on behalf of all others similarly situated;** | |
| **Plaintiff,** | **4:19CV3084** |
| vs. | **ORDER** |
| **KCI USA, INC.,** | |
| **Defendant.** | |

Pursuant to the notice of settlement (Filing No. 100) filed by the plaintiff,

**IT IS ORDERED:**

1. On or before **September 10, 2021**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 10th day of August, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge