**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**LINCOLN DIVISION**

| | |
|---|---|
| CATHERINE PALMER, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KCI USA, INC.,<br><br>　　　　　Defendant. | )　CASE NO. 4:19-cv-03084-JMG-MDN<br>)<br>)　JUDGE JOHN M. GERRARD<br>)<br>)　MAGISTRATE JUDGE MICHAEL D.<br>)　NELSON<br>)<br>)<br>)<br>) |

**JOINT STIPULATION OF DISMISSAL**

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Catherine Palmer and Defendant KCI USA, Inc., acting through their counsel, hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's claims, and without prejudice as to the putative class claims. Each party shall bear its or her own attorney's fees and costs.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted

| | |
|---|---|
| */s/ Gary M. Klinger*<br>Gary M. Klinger<br>MASON LIETZ & KLINGER LLP<br>227 W. Monroe Street, Suite 2100<br>Chicago, Illinois 60606<br>Telephone: (202) 429-2290<br>Facsimile: (202) 429-2294<br>gklinger@masonllp.com<br><br>Aaron D. Radbil<br>GREENWALD DAVIDSON RADBIL PLLC<br>401 Congress Avenue, Suite 1540<br>Austin, Texas 78701<br>Telephone: (512) 803-1578<br>aradbil@gdrlawfirm.com | */s/ Eric Larson Zalud*<br>Eric Larson Zalud (*Admitted Pro Hac Vice*)<br>Thomas O. Crist (*Admitted Pro Hac Vice*)<br>David M. Krueger (*Admitted Pro Hac Vice*)<br>Mark S. Eisen (*Admitted Pro Hac Vice*)<br>Laura E. Kogan (*Admitted Pro Hac Vice*)<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>200 Public Square, Suite 2300<br>Cleveland, Ohio 44114<br>T: 216-363-4500; F: 216-363-4588<br>ezalud@beneschlaw.com<br>tcrist@beneschlaw.com<br>dkrueger@beneschlaw.com<br>meisen@beneschlaw.com<br>lkogan@beneschlaw.com |

Michael L. Greenwald
GREENWALD DAVIDSON RADBIL PLLC
7601 N. Federal Highway, Suite A-230
Boca Raton, Florida 33487
Telephone: (561) 826-5477
mgreenwald@gdrlawfirm.com

*Attorneys for Plaintiff and the Proposed Class*

-and-

Craig A. Knickrehm, #16595
Jonathan M. Brown, #25021
Walentine O'Toole, LLP
11240 Davenport Street
P.O. Box 540125
Omaha, NE 68154-0125
T: (402) 330-6300
F: (402) 330-6303
cknickrehm@walentineotoole.com
jbrown@walentineotoole.com

*Attorneys for Defendant KCI USA, Inc.*

2

## CERTIFICATE OF SERVICE

This is to certify that on September 27, 2021, the foregoing JOINT STIPULATION OF DISMISSAL was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the Court's electronic case filing system.

/s/ Gary M. Klinger
Gary M. Klinger
*Attorney for Plaintiff and the Proposed Class*

15042070 v1