IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CATHERINE PALMER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KCI USA, INC.,<br><br>Defendant. | 4:19-CV-3084<br><br>JUDGMENT |

On the parties' joint stipulation of dismissal (filing 105), this case is dismissed with prejudice as to the plaintiff's claims and without prejudice as to the putative class claims, the parties to bear their own attorney's fees and costs.

Dated this 28th day of September, 2021.

BY THE COURT:

John M. Gerrard
United States District Judge